MOW 1007-1.2 (05/07)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

IN RE:                                                )

    **CHARLES FINCH WARD**    ) Case No.

                    Debtor    )

### DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS

I, __Charles Finch Ward__, hereby state and declare under penalty of perjury that:

X    I received no payment from any employer for the 60 days prior to filing the petition.

☐    I received no payment from any employer from _____ to _____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐    I was self-employed. Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

/s/ Charles Finch Ward
Charles Finch Ward, Debtor

Instructions    File as a separate document on the date the voluntary petition is filed.
ECF Event:    Bankruptcy>Other>Debtor Evidence of No Employer Payments