## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 7 |
| | ) Honorable Dennis R. Dow |
| Charles Finch Ward, | ) |
| | ) Case No. 07-41777 |
| | ) |
| Debtor. | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES
### OF ALL NOTICES, PLEADINGS AND ORDERS

The law firm of Riezman Berger, P.C. enters its appearance in this case for DaimlerChrysler Financial Services Americas, L.L.C., the successor in interest to DaimlerChrysler Services North America, L.L.C., a creditor. The following information is provided pursuant to Rule 9010(b), Fed.R.Bankr.P.:

>RIEZMAN BERGER, P.C.
>7700 Bonhomme, 7th Floor
>St. Louis, Missouri 63105
>(314) 727-0101

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including but not limited to notices, pleadings, proposed orders and orders which are filed with the Court or mailed to creditors, parties in interest, or to the debtors be mailed to counsel at the above address.

>RIEZMAN BERGER, P.C.
>
>By: **/s/ Robert B. McMaster, #54116**
>Robert B. McMaster, #54116
>7700 Bonhomme, 7th Floor
>St. Louis, Missouri 63105
>(314) 727-0101
>Attorneys for DaimlerChrysler