UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | In proceedings under Chapter 7 |
| | ) | Honorable Dennis R. Dow |
| Charles Finch Ward, | ) | |
| | ) | Case No. 07-41777 |
| Debtor, | ) | |
| | ) | |
| DaimlerChrysler Financial Services Americas, | ) | |
| Movant. | ) | |

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance and Request for Copies of all Notices, Pleadings and Orders was mailed by first class postage prepaid, or as otherwise applicable, served via electronic means to the following on June 7, 2007:

Charles Finch Ward                                            Debtor
1312A Valleywood Court
Grain Valley, MO 64029-9781

Nell Adams                                                          Attorney for Debtor
2307 South Outer Rd., Suite 202
Blue Springs, MO 64015

David C. Stover                                                   Chapter 7 Trustee
9800 NW Polo Dr., Ste. 100
Kansas City, MO 64153

Office of United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106

**RIEZMAN BERGER, P.C.**

**/s/ Robert B. McMaster, #54116**
Robert B. McMaster, #54116
7700 Bonhomme Ave., 7th Floor
St. Louis, MO 63105
(314) 727-0101
Attorneys for DaimlerChrysler