# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) In proceedings under Chapter 7 |
| | ) Honorable Dennis R. Dow |
| Charles Finch Ward, | ) |
| | ) Case No. 07-41777 |
| Debtor, | ) |
| | ) |
| DaimlerChrysler Financial Services Americas, | ) |
| Movant. | ) |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was mailed, postage prepaid, or as otherwise applicable, served via electronic means, to the following on the 7th day of June, 2007:

Charles Finch Ward                                      Debtor
1312A Valleywood Court
Grain Valley, MO 64029-9781

Nell Adams                                              Attorney for Debtor
2307 South Outer Rd., Suite 202
Blue Springs, MO 64015

David C. Stover                                         Chapter 7 Trustee
9800 NW Polo Dr., Ste. 100
Kansas City, MO 64153

Office of the United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106


**RIEZMAN BERGER, P.C.**

**/s/ Robert B. McMaster, #54116**
Robert B. McMaster, #54116
7700 Bonhomme Ave., 7th Floor
St. Louis, MO 63105
(314) 727-0101
Attorneys for DaimlerChrysler