# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 7 |
| | ) Honorable Dennis R. Dow |
| Charles Finch Ward, | ) |
| | ) Case No. 07-41777 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

A copy of the Court's Hearing Notice in Re: Motion for Relief from Stay filed by DaimlerChrysler Financial Services Americas, L.L.C. was mailed, first class postage prepaid, or as otherwise applicable, served via electronic means to the following on the 12th day of June, 2007, to:

Charles Finch Ward                             Debtor
1312A Valleywood Court
Grain Valley, MO 64029-9781

Nell Adams                                     Attorney for Debtor
2307 South Outer Rd., Suite 202
Blue Springs, MO 64015

David C. Stover                                Chapter 7 Trustee
9800 NW Polo Dr., Ste. 100
Kansas City, MO 64153

Office of United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106

                                           RIEZMAN BERGER, P.C.

                                           By: **/s/ Robert B. McMaster, #54116**
                                           Robert B. McMaster, #54116
                                           7700 Bonhomme, 7th Floor
                                           St. Louis, Missouri 63105
                                           (314) 727-0101

## Jerry M. Donahue

**From:** mow_bkecf@mow.uscourts.gov
**Sent:** Friday, June 08, 2007 1:15 AM
**To:** rb_bank
**Subject:** 07-41777-drd7 Ntc & Order Setting Hearing on Stay

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. Bankruptcy Court

### Western District of Missouri

Notice of Electronic Filing

The following transaction was received from Graham, Beth entered on 6/8/2007 at 1:15 AM CDT and filed on 6/8/2007
**Case Name:** Charles Finch Ward
**Case Number:** 07-41777-drd7
**Document Number:** 14

**Docket Text:**

Notice and Order Setting Hearing on Motion for Relief from Stay re: 2000 Freightliner FLD120, filed by DaimlerChrysler Financial Services Americas, L.L.C., the successor in interest to DaimlerChrysler Services North America, L.L.C. Debtor is directed to file an objection/response by the due date. If no objections are timely filed, the Court may enter an Order without further notice. MOVANT must serve paper copies of all documents evidencing perfection of security interest on the Trustee and Debtors counsel at the time of filing the motion or promptly thereafter. Service should be certified on the motion. Failure to serve paper copies may result in delaying the hearing or in dismissal of the motion. At least 3 days before the hearing, parties must exchange exhibits and file and serve witness/exhibit lists. Failure to comply may result in exclusion of evidence at the hearing. Failure to file the certificate of service before the scheduled hearing date may result in delay in the entry of an appropriate order or denial of the motion. So ORDERED by /s/*Dennis R. Dow*.

   THE AUTOMATIC STAY REMAINS IN EFFECT UNTIL MODIFIED OR VACATED BY THE COURT.

If an Objection is filed the hearing will be held as follows.(related document(s)[11]). Hearing scheduled for 7/3/2007 at 09:00 AM at US Courthouse, Courtroom 6C, 400 E. 9th St., Kansas City, MO.Responses due by 6/25/2007. (Graham, Beth)

**THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE.**

File the Certificate of Service and relate it to the **epo** category.

*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

The following document(s) are associated with this transaction:

6/12/2007

**07-41777-drd7 Notice will be electronically mailed to:**

Nell Adams     adamslawoffices@sbcglobal.net

Robert B. McMaster     rb_bank@riezmanberger.com

David C. Stover     dcstover@gunnshank.com, MO16@ECFCBIS.COM;dstover14@comcast.net;jddame@gunnshank.com

**07-41777-drd7 Notice will not be electronically mailed to:**

6/12/2007