# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 7 |
| | ) Honorable Dennis R. Dow |
| Charles Finch Ward, | ) |
| | ) Case No. 07-41777 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

A copy of the Court's Order Granting the Motion for Relief from Stay filed by DaimlerChrysler Financial Services Americas, L.L.C. was mailed, first class postage prepaid, or as otherwise applicable, served via electronic means to the following on the 29th day of June, 2007, to:

Charles Finch Ward                              Debtor
1312A Valleywood Court
Grain Valley, MO 64029-9781

Nell Adams                                       Attorney for Debtor
2307 South Outer Rd., Suite 202
Blue Springs, MO 64015

David C. Stover                                  Chapter 7 Trustee
9800 NW Polo Dr., Ste. 100
Kansas City, MO 64153

Office of United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106

RIEZMAN BERGER, P.C.

By: **/s/ Robert B. McMaster, #54116**
 Robert B. McMaster, #54116
 7700 Bonhomme, 7th Floor
 St. Louis, Missouri 63105
 (314) 727-0101

## Jerry M. Donahue

**From:** mow_bkecf@mow.uscourts.gov
**Sent:** Friday, June 29, 2007 12:42 PM
**To:** rb_bank
**Subject:** 07-41777-drd7 Order on Motion for Relief from Stay

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### Western District of Missouri

Notice of Electronic Filing

The following transaction was received from Anson, Kim entered on 6/29/2007 at 12:42 PM CDT and filed on 6/29/2007

**Case Name:** Charles Finch Ward
**Case Number:** 07-41777-drd7
**Document Number:** 17

**Docket Text:**

Order of the Court Granting the Motion for Relief from Stay regarding 2000 Freightliner FLD120, filed by DaimlerChrysler Financial Services Americas, L.L.C., the successor in interest to DaimlerChrysler Services North America, L.L.C. . The 10 day stay of Rule 4001(a)(3) is hereby waived. No attorneys' fees are awarded to Movant in this proceeding, without prejudice. So ORDERED by /s/ *Dennis R. Dow*.(related document(s)[11]). (Anson, Kim)

**THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE.**

File the Certificate of Service and relate it to the **epo** category.

*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

The following document(s) are associated with this transaction:

**07-41777-drd7 Notice will be electronically mailed to:**

Nell Adams    adamslawoffices@sbcglobal.net

Robert B. McMaster    rb_bank@riezmanberger.com

David C. Stover    dcstover@gunnshank.com, MO16@ECFCBIS.COM;dstover14@comcast.net;jddame@gunnshank.com

6/29/2007

**07-41777-drd7 Notice will not be electronically mailed to:**

6/29/2007