UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
Kansas City Division

In Re

**Charles Finch Ward**,

        Debtor.

**Deutsche Bank Trust Company Americas formerly known as Banker`s Trust Company, IXIS 2005-HE4 as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney in-fact, its successors and/or assigns**,
its successors and assigns,

        Movant.

Case No: **07-41777**

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO  63141
(314) 991-0255
wdmo@km-law.com

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Nancy J. Stokley, of Kozeny & McCubbin, L.C., Attorneys at Law, and hereby enters her appearance on behalf of the Movant, Deutsche Bank Trust Company Americas formerly known as Banker`s Trust Company, IXIS 2005-HE4 as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney in-fact, its successors and/or assigns, in the above styled cause of action and requests notice of all filings.

Kozeny & McCubbin, L.C.

By:  __/s/_Nancy J. Stokley_____
Nancy J. Stokley, MO #54103
Michael E. Boyd, KS #000448
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255

Fax: (314) 991-6755
wdmo@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on **August 6, 2007**, to:

**Charles Finch Ward**
*Debtor*
1312A Valleywood Court
Grain Valley, MO 64029

**Nell Adams**
*Attorney for Debtor*
2307 South Outer Rd., Ste. 202
Blue Springs, MO  64015

**David C Stover**
*Trustee*
9800 NW Polo Dr, Ste 100
Kansas City, MO 64153

**Office of the U.S. Trustee**
*U.S. Trustee*
400 E. 9th St., Room 3440
Kansas City, MO 64106

/s/ Jeremy Wulf
Jeremy Wulf