UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
Kansas City Division

In Re

**Charles Finch Ward**,

      Debtor.

**Deutsche Bank Trust Company Americas formerly known as Banker`s Trust Company, IXIS 2005-HE4 as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney in-fact, its successors and/or assigns**, its successors and assigns,

      Movant,

v.

**Charles Finch Ward**,   Debtor,

and

**David C Stover**, Trustee

      Respondents.

Case No: **07-41777**

Chapter **7**

CERTIFICATE OF SERVICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
wdmo@km-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice and Order Setting Hearing on Motion for Relief from Stay re: 2916 SW Walnut St, Blue Springs, MO, filed by Deutsche Bank Trust Company America`s fka Banker`s Trust Company, as Trustee and Custodian by: Saxon Mortgage Services, Inc.



f/k/a Meritech Mortgage Services, Inc., and a copy of this pleading was mailed by

U.S. First Class Mail the 7th day of August, 2007 to the parties listed below:

**Charles Finch Ward**
*Debtor*
1312A Valleywood Court
Grain Valley, MO 64029

                                              Kozeny & McCubbin, L.C.

                  By:    __/s/_ Nancy J. Stokley_____
                                          Nancy J. Stokley, MO #54103
                                          Michael E. Boyd, KS #000448
                                          Attorneys for Movant
                                          12400 Olive Blvd., Suite 555
                                          St. Louis, MO 63141
                                          Phone: (314) 991-0255
                                          Fax:  (314) 991-6755
                                          wdmo@km-law.com

