IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re _____CHARLES FINCH WARD_____     Case No. _____07-41777_____
                    Debtor

_____
                    Co-Debtor

### Certification of Debtor's Attorney Regarding Reaffirmation Agreement

Along with this certification, a reaffirmation agreement is being filed between

_____CHARLES FINCH WARD_____ and State Farm Bank, FSB regarding

_____1995 CADILLAC DEVILLE_____. The following information is certified

(choose the one box which applies):

[X] There is no difference between the information in Schedules I and J and Part D of the reaffirmation agreement. Part D shows income in excess of expenses, including all debts to be reaffirmed.

[ ] There is no difference between the informatino in Schedules I and J and Part D of the reaffirmation agreement. Part D shows income less than that of expenses, including debts to be reaffirmed. An explatation identifying additional sources of funds, reductions in expenses, or other changed circumstances enabling debtor(s) to make payments on the reaffirmed debt is provided in Part D.

[ ] There is a difference between the information in Schedules I and J and Part D of the reaffirmation agreement. An explanation of such difference is provided in Part D. With that explanation, part D shows income in excess of expnses, including all debts to be reaffirmed.

[ ] There is a difference between the information in Schedules I and J and Part D of the reaffirmation agreement. An explanation of such difference is provided in Part D. With that explanation, Part D shows income less than that of expenses, including debts to be reaffirmed. An explanation indentifying additional sourcses of funds, reductions in expenses, or other changed circumstances enabling debtor(s) to make payments on the reaffirmed debt is provided in Part D.

I certify that the above information is true and correct.

Date: __6-22-07__           _____/s/ Nell Adams_____
                                    Debtor's Attorney

Filer must serve on creditor