UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
Kansas City Division

In Re

**Charles Finch Ward**,

      Debtor.

**Deutsche Bank Trust Company Americas formerly known as Banker`s Trust Company, IXIS 2005-HE4 as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney in-fact, its successors and/or assigns**,
 its successors and assigns,

      Movant,

v.

**Charles Finch Ward**,    Debtor,

and

**David C Stover**, Trustee

      Respondents.

Case No: **07-41777**

Chapter **7**

CERTIFICATE OF SERVICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
wdmo@km-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Order of the Court Granting the Motion for Relief from Stay regarding 2916 SW Walnut St, Blue Springs, MO 64015, filed by Deutsche Bank Trust Company America`s fka Banker`s Trust Company, as Trustee and Custodian by: Saxon Mortgage



Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact, and a

copy of this pleading was mailed by U.S. First Class Mail the 27th day of August,

2007 to the parties listed below:

**Charles Finch Ward**
*Debtor*
1312A Valleywood Court
Grain Valley, MO 64029

                        Kozeny & McCubbin, L.C.

By:    __/s/ Nancy J. Stokley_____
        Nancy J. Stokley, MO #54103
        Michael E. Boyd, KS #000448
        Attorneys for Movant
        12400 Olive Blvd., Suite 555
        St. Louis, MO 63141
        Phone: (314) 991-0255
        Fax:  (314) 991-6755
        wdmo@km-law.com


*KM3190511KM*